UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CURLIN PENNICK III, <br><br> Plaintiff, <br><br> v. <br><br> JOHN HELBERG, <br><br> Defendant. | CASE NO. 3:18-cv-05063-RBL-JRC <br><br> REPORT AND RECOMMENDATION <br><br> NOTED FOR: APRIL 6, 2018 |

This 42 U.S.C. § 1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. Before the Court is plaintiff's notice of voluntary dismissal.

A plaintiff may dismiss an action without court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Fed. R. Civ. Proc. 41(a)(1). Here, the Court has not yet granted plaintiff's application to proceed *in forma pauperis*, the complaint has not yet been served, and defendant has therefore not yet filed

REPORT AND RECOMMENDATION - 1

1 | an answer. Plaintiff is within his rights to voluntarily dismiss his action. Therefore, the Court
2 | recommends plaintiff's action be dismissed without prejudice.
3 |     Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
4 | fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P.
5 | 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo*
6 | review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a result in a waiver
7 | of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Miranda v.*
8 | *Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit
9 | imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on **April 6, 2018**
10 | as noted in the caption.
11 |     Dated this 20th day of March, 2018.

J. Richard Creatura
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2