UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CURLIN PENNICK III, <br><br> Plaintiff, <br><br> v. <br><br> JOHN HELBERG, <br><br> Defendant. | CASE NO. 3:18-cv-05063-RBL-JRC <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's action is voluntarily dismissed without prejudice.

**DATED** this 12th day of April, 2018.

Ronald B. Leighton
United States District Judge